**AFFIRMED; Opinion Filed September 26, 2005.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-05-00224-CR

## HENRY LAURIE SMITH, III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 21670**

## MEMORANDUM OPINION

Before Justices Whittington, Francis, and Lang

A jury found Henry Laurie Smith, III guilty of possession of methamphetamine in an amount less than one gram, *see* TEX. HEALTH & SAFETY CODE ANN. §§ 481.102, 481.115 (Vernon 2003 & Supp. 2004-05), and assessed punishment at twenty-four months' confinement in a state jail facility. Appellant, who is representing himself, did not file a brief. Therefore, we submitted the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994). Absent briefs, no points of error are before us. Finding no fundamental error, we affirm the trial court's judgment.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
050224f.u05

 94/4311



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HENRY LAURIE SMITH, III, Appellant

No. 05-05-00224-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 86th Judicial District Court of Kaufman County, Texas. (Tr.Ct.No. 21670).

Opinion delivered per curiam before Justices Whittington, Francis, and Lang.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered September 26, 2005.

DOUGLAS S. LANG
JUSTICE